IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-46-JLK**

**DANIEL MALASKY,**

    Plaintiff,

v.

**DIRT MOTOR SPORTS, INC., a corporation,**

    Defendant.

---

## MINUTE ORDER
---

Judge John L. Kane **ORDERS**

    Plaintiff's Motion for Leave to File First Amended Complaint (doc. #12), filed May 16, 2007, is DENIED WITHOUT PREJUDICE. The allegations of fraud are not plead with sufficient particularity to meet the requirements of Fed.R.Civ.P.9(b).

---

Dated:  June 1, 2007