IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-46-JLK**

**DANIEL MALASKY,**

    Plaintiff,

v.

**DIRT MOTOR SPORTS, INC., a corporation,**

    Defendant.

---

## MINUTE ORDER
---

Judge John L. Kane **ORDERS**

    Plaintiff's Unopposed Renewed Motion for Leave to File First Amended Complaint (doc. #16), filed June 6, 2007, is GRANTED. The First Amended Complaint is accepted as filed.

_____

Dated: June 6, 2007