IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-46-JLK

DANIEL MALASKY,

       Plaintiff,

v.

DIRT MOTOR SPORTS, INC., a corporation,

       Defendant.

## ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF THE JURY DEMAND AND COUNTS I & V OF THE AMENDED COMPLAINT

THIS MATTER has come before the Court on the Stipulated Motion for Dismissal of the Jury Demand and Counts I and V of the Amended Complaint (doc. #24), filed September 5, 2007, and the Court being fully advised, hereby GRANTS the parties' Stipulated Motion. It is, therefore

ORDERED that Plaintiff's jury demand is dismissed; that any trial in this case will be conducted by the Court; and that Counts I (breach of oral representations) and V (breach of C.R.S. § 8-2-104) of Plaintiff's First Amended Complaint are dismissed with prejudice, each party is to bear his or its own attorneys' fees and costs.

Date: September 6th, 2007.

                BY THE COURT:

                *s/John L. Kane*
                John L. Kane
                United States District Court Judge