**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Date: May 13, 2008 | Deputy Clerk: Bernique Abiakam |
| | Court Reporter: Darlene Martinez |

Civil Action No.: 07-cv-00046-JLK

| | |
|---|---|
| DANIEL MALASKY, | John M. Husband |
| Plaintiff, | |
| v. | |
| DIRT MOTOR SPORTS, INC., | William A. Wright |
| | Michelle Tyler |
| Defendant. | |

## AMENDED
## COURTROOM MINUTES

**Motions Hearing**

**10:03 a.m.**   **Court in session.**

Court calls case.

Court's preliminary comments.

10:04 a.m.   Argument by Mr. Wright.  Questions by the Court.

10:08 a.m.   Argument by Mr. Husband.  Questions by the Court.

10:21 a.m.   Further argument by Mr. Wright.

Comments by the Court.

**ORDERED:   Defendant's Motion For Summary Judgment (Filed 9/5/07; Doc. No. 25)** is taken UNDER ADVISEMENT.

**10:29 a.m.**   **Court in recess.**
Hearing concluded.
Time in court - 00:26.