IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00046-JLK-KLM

DANIEL MALASKY,

    Plaintiff,

v.

DIRT MOTOR SPORTS, INC., a corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Motion for Leave to Attend the Settlement Conference by Telephone [Docket No. 37; Filed June 13, 2008] (the "Motion"). A Settlement Conference is set for **June 30, 2008 at 3:30 p.m. MST** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice** due to Plaintiff's failure to comply with D.C. Colo. L. Civ. R. 7.1(A).

Dated:    June 16, 2008