IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00046-JLK-KLM

DANIEL MALASKY,

    Plaintiff,

v.

DIRT MOTOR SPORTS, INC., a corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Renewed Motion for Leave to Attend the Settlement Conference by Telephone** [Docket No. 40; Filed June 23, 2008] (the "Motion"). The Court has reviewed the Motion and Defendant's Response [Docket No. 42; Filed June 23, 2008] and is sufficiently advised in the premises.

    Accordingly, IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Plaintiff is directed to call Chambers at (303)-335-2770 at the appointed date and time to participate in the Settlement Conference. Defendant's request that Plaintiff be required to reimburse Defendant for Mr. Rumsey's reasonable expenses incurred in order to attend the settlement conference in person is denied.

    Dated:    June 24, 2008